# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:17-cv-190-T-23SPF | **DATE:** | February 28, 2020 |
| **HONORABLE STEVEN D. MERRYDAY** | | **INTERPRETER:** | n/a |
| | | **LANGUAGE:** | n/a |
| FINANCIAL INFORMATION TECHNOLOGIES, LLC<br><br>v.<br><br>ICONTROL SYSTEMS, USA, LLC | | **PLAINTIFF COUNSEL**<br>Catherine Molloy<br>Richard McCrea<br>Tristan Reiniers | |
| | | **DEFENSE COUNSEL**<br>Jonathan Sbar<br>Robert Rocke<br>Andrea Holder | |
| **COURT REPORTER:** Bill Jones | | **DEPUTY CLERK:** | Gretchen O'Brien |
| **TIME:** | 9:04 a.m.–10:50 a.m.<br>11:08 a.m.–12:28 p.m.<br>1:47 p.m.–3:11 p.m.<br>3:29 p.m.–5:23 p.m.<br>5:37 p.m.–6:08 p.m. | **TOTAL:**<br>6 hours, 55 minutes | **PROBATION:** | n/a |
| | | **COURTROOM:** | 15A |

**PROCEEDINGS:** DAY FIVE:  JURY TRIAL

- Defendant calls Sean Zlotnitsky for direct examination.

- Plaintiff's cross examination of Sean Zlotnitsky

- Defendant calls Glenn Jones for direct examination.

- Plaintiff's cross examination of Glenn Jones

- Defendant calls Mark Lopez for direct examination.

- Plaintiff's cross examination of Mark Lopez

- Defendant's re-direct examination of Mark Lopez

- Defendant calls Dr. Sam Malek for direct examination.

- Plaintiff's cross examination of Dr. Sam Malek

- Defendant calls Steven S. Oscher for direct examination.

- Plaintiff's cross examination of Steven Oscher

- Defendant's re-direct examination of Steven Oscher

- The defense rests.

- The plaintiff rests.

- Jury trial will resume on Monday, March 2, 2020 at 9:30 a.m.

Plaintiff's exhibits identified and admitted:   8–11, 32, 43, 51, 54, 57, 58, 77, 91, 102, 118, 121, 123, 124, 126–129, 131, 132, 137, 144, 166, 192, 209, 212, 249, 250, 323, 333, and 347

Defendant's exhibits identified and admitted:   26, 37, 44, 52, 54, 96, 101, 125–128, 130–133, 139, 140, 149, 163, 164, 172, 176, 177, 179–181, 190, 192, 193, 208, 213, 238, and 254