UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, INC.,

    Plaintiff,                                           Case No.: 8:17-cv-00190-T-23MAP

vs.

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO SEAL PURSUANT TO COURT ORDER

Defendant, iControl Systems, USA, LLC ("iControl" or "Defendant"), pursuant to (1) this Court's Order on the parties' Joint Motion for Entry of a Confidentiality Order [Doc. #29], (2) Fed. R. Civ. P. 5.2(d) and (3) Local Rule 1.09(b), hereby files this unopposed motion to seal documents in support of Defendant's Motion for Stay of Execution Pending Disposition of Post-Trial Motions. In support of this request, Defendant states:

    1.    On October 19, 2017, the parties to this action entered into, and filed with the Court, a Stipulated Confidentiality Agreement and Protective Order ("Agreement"). [Doc. #27].

    2.    The Agreement requires materials designated by a party as "Confidential" or "Confidential – Attorneys' Eyes Only" to be filed under seal unless otherwise directed by the Court or the parties agree otherwise in writing. [Doc. #27-1, ¶7].

    3.    Any seal imposed pursuant to the Agreement will last throughout the instant litigation and survive the final termination of this action. [Doc. #27-1, ¶¶11,12].

    4.    On October 23, 2017, the Court granted in pertinent part the parties' Joint Motion for Entry of Confidentiality Order. [Doc. # 29].

5. Defendant seeks to file the following items under seal in support of its Motion to for Stay of Execution Pending Disposition of Post-Trial Motions:

      i. Affidavit of TJ Zlotnitsky (Exhibit A);

6. Pursuant to Local Rule 1.09(b) and paragraph 7 of the Agreement, the above named affidavit will be filed with the Clerk of Court contemporaneously with this Motion, in a sealed envelope marked with the case caption, a schedule of the envelope's contents, and the following notation: "Contains Confidential Information; To Be Opened Only By or As Directed By The Court."

7. The undersigned conferred with Plaintiff's counsel pursuant to Local Rule 3.01(g) and Plaintiff's counsel does not oppose Defendant's request.

8. According, Defendant respectfully requests that the Court permit the filing of this document under seal.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned certified that counsel for the parties engaged in good faith communications and does not oppose this Motion.

/s/ Jonathan B. Sbar
Robert L. Rocke, Esq. (FBN 710342)
Email:  rrocke@rmslegal.com
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, Florida  33629
Phone:  813-769-5600
Fax:     813-769-5601
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic mail, on the 30th day of March, 2020, to the following:

Richard C. McCrea, Jr., Esq. (FBN 351539)
Catherine H. Molloy, Esq. (FBN 33500)
Greenberg Traurig, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL  33602
Phone:  813-318-5700
Fax:     813-318-5900
Email:  mccrear@gtlaw.com
Email:  molloyk@gtlaw.com
Attorneys for Plaintiff

/s/ Jonathan B. Sbar
Attorney