EXHIBIT "A"

# Alcohol Distribution & Payment
*(Manual Process before Fintech)*

## Banks



**Manual Payments**
Cash Withdrawals
Writing Checks

**Manual Deposits**
Cash Deposit
Check Submission

**Manual Reconciliation**
Between Bank Statements
& Invoices

**Manual Reconciliation**
Between Bank Statements
& Invoices

## Retail Stores

(Publix, Winn Dixie
Circle K, OutBack,
ABC Liquor)

*The Store Orders to Distributor*

*The Distributor Delivers (w/ paper invoice)*

**Payment made on delivery Same Day**

## Beer & Liquor Distributors

(JJ Taylor, Southern
Glazers, Pepin)



# Alcohol Distribution & Payment
# iControl Process



- **What knowledge was Mark Lopez expected to bring to iControl?**

**Mark Lopez's contract with iControl (2014) after leaving Fintech**

**Contractor (Lopez) agrees to provide**
- Technology Infrastructure development for iCRC
- Confirmation of Technology approaches
- Delivery of specific technologies to iControl in support of iCRC **alcohol payment services**.

SOW # 1.0
To
Independent Contractor Agreement

October 3, 2014, is a part of and is hereby incorporated by reference into that
...ent ("Agreement") between iControl Systems USA, LLC ("Company") and Mark
...October 3, 2014.

Contractor agrees to provide iControl Systems USA, LLC with the following services:
- Strategy and technology support for the market development, as well as the technology infrastructure development, of iControl Regulated Commerce (iCRC) to the Grocery, Convenience, Chain Drug, Foodservice & Hotel Industries. This would involve, among other things, confirmation of technology approaches as well as delivery of specific technologies to iControl in support of iCRC alcohol payment services to clients in these industries (e.g., RAS vendor interfaces, etc) Some specific focus areas include:

  1. Support for the design and development of internal systems to automate support of the iCRC on-boarding and implementation processes.
  2. Market positioning/messaging (e.g., the recent Fintech/Nexxus relationship announcement)
  3. Distributor Value Proposition – refinement of current messaging as well as creative identification of unique ways to improve Distributor reception/adoption.

Exh. 96 pg. 84



# Fintech Invoice Process

- **Industry Problems / Issues**

  - Pay in cash  /  same day
    - **Otherwise, violates regulations**

  - Invoices Incomplete & Errors
    - **causes kick-back of invoices**

- **Fintech Solutions**

  - Database Architecture
    - **Best way to design a standard 'Alcohol' Invoice**

  - Created invoice exception rules (code)
    - **Verifies & Pinpoints invoice errors to distributors**

  - Created Invoice "Fix" (In-system editor)
    - **Distributors Fix invoices directly in Fintech System**
    - **Eliminates invoice kick-back**
    - **Avoids missed payment cycle**

# Fintech's Invoice

# INVOICE

**Send Invoice Inquiry**

| Invoice Number: | 6958745 |
|---|---|
| Invoice Date: | 11/17/2016 |
| Due Date: | 11/17/2016 |

| PO Number: | |
|---|---|
| PO Date: | |
| Arrival Date: | |

**Peachtree**
3120 Peachtree Rd.
Atlanta, GA 30326

**Distributors Unlimited**
5500 United Drive
Distributorville, GA 30082

| Item | Description | Quantity | U/M | UPC | Pack UPC | PPC | Price | Total | Disc | Adjust | Extended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13984 | L ABSOLUT RUBY RED VODKA | 2 | BO | 083522900124 | 083522900124 | 000012 | $29.5700 | $59.14 | ($3.00) | $0.44 | $56.58 |
| 13994 | L ABSOLUT APEACH | 3 | BO | 083522900114 | 083522900114 | 000012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 14074 | L ABSOLUT MANDRIN 80 | 3 | BO | 003522900240 | 003522900240 | 000012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 14084 | L ABSOLUT VANILIA | 3 | BO | 003522900640 | 003522900640 | 000012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 21045 | 750 SANTA TERESA 1796 SOLERA 6PK | 1 | BO | 002422300039 | 002422300039 | 000006 | $31.2300 | $31.23 | ($1.50) | $0.17 | $29.90 |
| 61015 | 750 JARGON PINOT NOIR 06 | 1 | CA | 008520000600 | 008520000600 | 000012 | $129.8400 | $129.84 | ($38.82) | $1.98 | $93.00 |
| 61015 | 750 JARGON PINOT NOIR 06 | 1 | BO | 008520000600 | 008520000600 | 000012 | $10.8200 | $10.82 | ($10.82) | $0.17 | $0.17 |
| 63035 | 750 CSM MERLOT 05 | 1 | CA | 008858660283 | 008858660283 | 000012 | $199.3200 | $199.32 | ($66.30) | $1.98 | $135.00 |
| 63345 | 750 VME GR CABERNET 05 | 1 | CA | 008858691181 | 008858691181 | 000012 | $190.6800 | $190.68 | ($60.66) | $1.98 | $132.00 |
| 66815 | 750 LUNA PINOT GRIGIO 07 | 1 | CA | 081461700100 | 081461700100 | 000012 | $220.4400 | $220.44 | ($90.54) | $1.98 | $131.88 |
| 67745 | 750 CARMEL RD PINOT NOIR MONTEREY 07 | 1 | CA | 004828400283 | 004828400283 | 000012 | $232.2000 | $232.20 | ($66.30) | $1.98 | $167.88 |
| 78275 | 750 HEITZ CAB NAPA 04 | 6 | BO | | | 000012 | $46.6400 | $279.84 | ($69.66) | $0.99 | $211.17 |
| 78375 | 750 SILVER OAK ALEX VLY CABERNET 04 | 6 | BO | | | 000012 | $64.3400 | $386.04 | ($76.97) | $0.99 | $310.06 |
| 88055 | 750 MATUA VAL MARL SAUVIGNON BLANC 07 | 1 | CA | 008981915802 | 008981915802 | 000012 | $149.1600 | $149.16 | ($43.74) | $1.98 | $107.40 |

|  | | | **Total:** | **$1,629.65** |
|---|---|---|---|---|

Exh. 96 pg. 126

# What's in Fintech's Invoice Database Architecture

**Invoice Header**

Invoice Number **Date** **Due Date**
Distributor Name
Customer Name

**Invoice Detail - Line items**

**VIN item number** UPC code
Product Description
Quantity Price
Discount Adjustment

**SAC – Service, Adjustment, Charges**

**SAC CODE – F800 Promotional Allowance**
 - Discount ($3.00)
SAC CODE – C030 Delivery Surcharge
 - Charge ($.044)

| Invoice Number: | 6958745 |
|---|---|
| Invoice Date: | 11/17/2016 |
| Due Date: | 11/17/2016 |

Peachtree
3120 Peachtree Rd.
Atlanta, GA 30326

| Item | Description | Quantity | U/M | UPC |
|---|---|---|---|---|
| 13984 | L ABSOLUT RUBY RED VODKA | 2 | BO | 083522900124 |
| 13994 | L ABSOLUT APEACH | 3 | BO | 083522900114 |
| 14074 | L ABSOLUT MANDRIN 80 | 3 | BO | 003522900240 |

## INVOICE

| PO Number: | |
| PO Date: | |
| Arrival Date: | |

Distributors Unlimited
5500 United Drive
Distributorville, GA 30082

| PPC | Price | Total | Disc | Adjust | Extended |
|---|---|---|---|---|---|
| 00012 | $29.5700 | $59.14 | ($3.00) | $0.44 | $56.58 |
| 00012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 00012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 00012 | $29.5700 | $88.71 | ($4.50) | $0.66 | $84.87 |
| 00006 | $31.2300 | $31.23 | ($1.50) | $0.17 | $29.90 |

Exh. 96 pg. 126

# Fintech Invoice Exception Rules

- What are Exception "rules"?
  Code within the system to check:
  - For each invoice:      is it complete
  - For each line item:    check required information
  - For each data field:   data formats, cross-references

  - Fintech has 20-30 exception rules coded
    - Most specific to Alcohol industry
    - Creates Invoice Exception Report to
      pinpoint the errors for distributor

Example Fintech Exception Rules
- Quantity and Pricing Tabulation
- Mandatory VIN number
- SAC codes present at line item
- Valid SAC cross reference
- . . .

# Fintech Invoice "Fix" (in-system editor)

Fintech Invoice Exception Report



- The Normal process for Invoice errors is:
  - Kick-back the Invoice (or batch) to the distributor
  - Distributor fixes and resubmits invoice the next day
  - Misses payment cycle

- Fintech changed the Normal Process to fix it in the same payment cycle
  - Don't kick-back the invoice
  - Create a Special Invoice "fix" (In-system editor)
  - Distributor fixes errors directly in Fintech's System
  - Avoids missing payment cycle

Exh. 96 pg. 123



# iControl Invoice Processing

- **What knowledge did iControl gain about Fintech Invoicing Process?**
  - **Mark Lopez designed Invoice Processing at Fintech**
  - **Mark Lopez designed Invoice Processing at iControl**

*Mark Lopez discusses developing Invoice Editing at Fintech*

> **Mark Lopez Deposition.  Pg. 107: 14-19**
>
> Q:   Okay. And you were involved in helping to design and develop the FTX customer editing function such as submitted *invoice editing*?
>
> A:   Submitted invoice editing. I was involved with *editing incomplete invoices*, not submitted invoices.

*Mark Lopez discusses developing Invoice Reconcile at iControl*

> **Mark Lopez Deposition  pg. 152: 19-25**
>
> Q:   Okay. And specifically what was your involvement in the design and development?
>
> A:   So I came up with the initial concept of how to **reconcile invoices and receiving records** and I was able to take that initial design and work with our developers at iControl and **Gilad** to implement that into a product.

# iControl Invoice Processing

- **How did iControl use Fintech Trade Secrets?**
  Examples:
  - **Placement of SAC adjustments in Invoice**

**From:** Gilad Keren [mailto:gilad.keren@icucsolutions.com]
**Sent:** Friday, November 08, 2013 8:54 AM
**To:** 'Tatiana Alperovitch'; 'Char|
**Cc:** 'Nik Baskin'
**Subject:** ACH

FYI

> **Email: Where and how does Fintech use SAC adjustment codes?**
>
> *"I had a call with Mark Lopez now and he said Fintech treated those extra header adjustments as line items*
>
> *... instead of using the header approach (adding columns to the header)"*

I had a call with Mark Lopez now and he said Fintech treated those extra header adjustments as line items (they invoice adjustments line items table)

So instead of us using the header approach (adding columns to the header table) we potentially can treat each as separate product ID with different type (regulated adjustment type) and keep adding products

As it comes to us (instead of adding columns potentially)

Exh. 76

# iControl Invoice Processing

- **How did iControl use Fintech Trade Secrets?**
  - **Requirement of VIN - Vender Item Numbers**

On Fri, Nov 7, 2014 at 7:27 AM, Mike Flebotte <mike.flebotte@icucsolutions

Hi Mark,

Quick question - does the Supplier submit the VIN to Fintech, or is somet[...]
the Retailer data?

Mike

**Email:  To Mark Lopez**
**How does Fintech use the VIN numbers?**

*Hi Mark,*
*"does the Supplier submit the VIN to Fintech, or is that something Fintech includes in the Retailer data"*

On Nov 10, 2014, at 11:23 AM, Gilad Keren <gilad.keren@icucsolutio[...]

Mark,

What happened if the vendor did not supply that info?

*Mark,*
*"What happened [at Fintech] if the vendor did not supply that info?*

From: Mark Lopez <gobulls1028@gmail.com>
Date: Monday, November 10, 2014 at 3:26 PM
To: Gilad Keren <gilad.keren@icucsolutions.com>
Cc: Mike Flebotte <mike.flebotte@icucsolutions.com>
Subject: Re: VINs

It's mandatory

*From Mark:  "It's mandatory"*

# iControl Invoice Process

- **What did iControl release for the Invoice Processing?**
  - **Invoice validation (VIN, SAC)**
  - **In-System Invoice editing**

## Harmony by iControl™ - July 2016 Release Notes

Posted by Michael Flebotte mike.flebotte@icontroldata.net on Aug 25, 2016 3:17:13 PM

Topic: **Alcohol Payments**

- Alcohol Payments distributors can now edit any invoice submitted but not processed and re-submit it for validation.
- Improvement to Alcohol Payments invoice entry. Distributors can now add invoices by using

**Alcohol Payments**
*"Distributors can now edit any invoice submitted"*
*"re-submit it for validation"*

**iControl Invoice processing**

- Designing data for industry
- Developing Process rules
- Changing the process to fix invoices without kick-back

 **Database Architecture**

 **Invoice Exception Rules**

 **Invoice "Fixer" (in-system editor)**



# Fintech Payment Process

- **Industry Problems / Issues**

  - Pay in cash / same day
    - **Otherwise, violates regulations**

  - Incorrect payment calculations
    - **Missed fees, charges, allowances**

  - Payments Rejected or Blocked
    - **Missed payment cycle**

- **Fintech Solutions**

  - Starting with "fixed" & verified Invoices
    - **Complete invoices with clean data**

  - Pulling from correct Invoice data structure
    - **Identify all fees, charges, allowances**
    - **Taxes, delivery fees, split cases, etc.**

  - Proper calculation & "aggregation" of payments into ACH transaction
    - **Common Originators and Receivers**
    - **Currency Exchange rates**
    - **Rounding Methods**

  - Bank Account Debit Filters
    - **Preventing blocked payments ("white" filter)**

  - Transfer "Same as Cash" ("No Title to Funds")
    - **Direct ACH transaction from Store bank account to Distributor bank account**
    - **no intermediate payment processor**



# iControl Payment Processing

- **How did iControl gain knowledge of Fintech Payment Process?**
  - **Andrew Sanderson provides information of 'ACH-ing' SAC fees**

**Calculating ACH payment transactions**

Not accounting for SAC - Service, Allowance, Charges from in Invoice Header



From: Andrew Sanderson <andrew.sanderson@icucsolutions.com>
Date: Thursday, October 31, 2013 5:13 PM
To: Bill Harris <bill.harris@icucsolutions.com>
Cc: Bob Noe <robert.noe@icontrolsd.com>, 'Amol Sayal' <amol.sayal@icucsolutions.com>
Subject: RE: Spartan updates

Questions about file from VIP:

1.There are multiple costs in the header: taxes, delivery fees, split case charges.

When we totaled extended co[...]
fees and split case charges then [...]

But the question is: We understa[...]

So the total that they send will n[...]

Why are you not ACHing for th[...]

Exh. 75

**Email from Andrew Sanderson:**

"There are multiple costs in the [Invoice] header: Taxes, delivery fees, split case charges."

"We understand that we are not sending ACH for taxes, delivery fees, and split cases?"

"Why are you not ACHing for this?   You should be? Fintech did."

# iControl Payment Processing

- **How did iControl gain knowledge of Fintech Payment Process?**
  - **Mark Lopez provides information of Fintech Rounding**

**Rounding**
Mark Lopez relaying information about Fintech's multiple rounding methods

From: Mark Lopez <gobulls1026@gmail.com>
Date: Monday, November 3, 2014 at 10:44 PM
To: Gilad Keren <gilad.keren@icucsolutions.com>
Subject: Re: Rounding Issue in Regulated Billing

Yes, I agree with your rounding approach for En[...]
rounding configuration flag that can be configur[...]

Let's say Encompass changes there computation[...]
1.1 has a different rounding computation. We sh[...]
version. Fintech had these type of flags.

Nice work on this stuff. I know it's tedious.

Mark

**Email from Mark Lopez**

"Yes,  I agree with your rounding approach for Encompass."

"We should be able to have multiple ways to round by RAS and map version.  Fintech had these type of flags."

Exh. 79

# iControl Payment Processing

- **How did iControl gain knowledge of Fintech Debit Filters?**

- **Gilad Keren asking**
  - **Andrew Sanderson**
  - **Mark Lopez**
  - **5th/3rd Bank**

  **About Fintech's Debit Filters**

From: Gilad Keren [mailto:gilad.keren@icucsolutions.com]
Sent: Tuesday, January 07, 2014 9:30 AM
To: Hepp, Heather
Cc: 'Tatiana Alperovitch'; 'Andrew Sanderson'
Subject: Debit Filters

Good morning Heather,

Could you provide update on the debit filte...

We need a resolution asap this week as we must on board this new retailer asap

**From:  Gilad Keren    Subject: Debit Filters**

"Could you provide update on the debit filters…
We need a resolution asap as we must on board
this new retailer asap"

On Jan 8, 2014, at 6:32 PM, "Gilad Keren"

I understand iControl is paying Ma...

Not sure what he does for you guys...

**From:  Gilad Keren  To: Andrew Sanderson**
"I understand iControl is paying Mark Lopez a retainer …
but if we pay him I would like [his] assistance"

Andrew Sanderson <andrew.sanderson@icucsolutions.com>
To: Gilad Keren <gilad.keren@icucsoluti...
Cc: Robert Noe <robert.noe@icucsolutio...

I will follow up with Mark Lopez.

**From:  Andrew Sanderson**
"I will follow up with Mark Lopez"

On Jan 8, 2014, at 7:53 PM, "Gilad Keren"

Ok, thanks.

and the most unexplained issue is h...
doing business for Fintech does not...

**From: Gilad Keren**   "issue is how 5/3rd bank who I have
been told by you and Bob being doing business for
Fintech does not know what to do here"

Andrew Sanderson <andrew.sanderson@icucsolutions.com>    Wed, Jan 8, 2014 at 9:36
To: Gilad Keren <gilad.keren@icucsolutions.c...
Cc: Robert Noe <robert.noe@icucsolutions.co...

In my opinion it's inexcusable, and I think th...
Heather clearly does not know the details an...
this before.

**From:  Andrew Sanderson**  "we need to identify the right
people at 5/3 that have done this before [with Fintech]"

Exh. 73

**Alcohol Distribution & Payment**
iControl Process

**Banks**

iControl
**Payment processing**
- Designing data for Alcohol
- Aggregating Transactions
- Preventing Block Transactions
- "Same as Cash" Payments

Fintech Trade Secrets
⭐ **Calculations for ACH Transactions**
⭐ **Methods to prevent blocked payments**

*2. Regulated Payments* 'same as cash'

iControl
**Invoice processing**
- Designing data for Alcohol
- Developing Process rules
- Changing the process to eliminate Invoice kick-back

Fintech Trade Secrets
⭐ **Database Architecture**
⭐ **Invoice Exception Rules**
⭐ **Invoice "Fixer" (in-system editor)**

*3. Payment Reconcile Interface*

*4. Analytics & Reports*

**iControl**

**Retail Stores**
(Publix, Winn Dixie Circle K, OutBack, ABC Liquor)

**Beer & Liquor Distributors**
(JJ Taylor, Southern Glazers, Pepin)

# Fintech Interfaces

- **Industry Problems / Issues**

  - Fintech must have interfaces to:
    - **receive Invoices from Distributors**
    - **send Payment records for Reconciliation to Distributors and Stores**

  - Different clients have different Accounting & Backend systems

  - Must develop many different File formats and Data Interfaces

- **Fintech Solution**

  - Develop "Fintech Standard" Payment & Invoice interfaces
    - **Encourage clients to use these**

  - Work with popular Retail Accounting system vendors (FMS)
    - **Develop proprietary interfaces specifically for Fintech clients**

  - Systematically create new proprietary interfaces as needed
    - **820 EDI,  810 EDI, FTP etc.**

  - E.g. Fintech developed 240 different Invoice Collection / Reconciliation interfaces

# Fintech Interfaces

| VendorName | RetailerName | RetailerVendorId | VendorStoreNumber | RetailerStoreNumber | ProcessDateEFT | InvoiceDate | InvoiceDueDate | InvoiceNumber | InvoiceAmount |
|---|---|---|---|---|---|---|---|---|---|

| RetailerStoreNumber | ProcessDateEFT | InvoiceDate | InvoiceDueDate | InvoiceNumber | InvoiceAmount | InvoiceItemCount | PONumber | PODate | ReferenceInvoiceNumber | NachaId |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 86 | 1123.44 | 13 | 86 | 4/25/2007 | null | 3367999 |
| 3 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 271394 | 1049.65 | 1 | null | null | null | 3367999 |
| 4 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 278685 | 1157.59 | 2 | null | null | null | 3367999 |

Exh. 94 pg. 28

"NachaId","NachaFileId","FileId","TraceNumber","TransactionAmountEFT","ProcessDateEFT","VendorFintechId","RetailerFintechId","VendorName","RetailerName","VendorStoreNumber","RetailerStoreNumber","InvoiceNumber","InvoiceAmount","InvoiceDate","InvoiceDueDate","ReferenceInvoiceNumber"
"43452217","34721","4365457","061100604566941","275.2","11/18/2014","563","11698","Houston Distributing Co.","Kroger Texas, L.P.
034","38562","000314","1483556","275.2","11/14/2014","11/14/2014","null"

Exh. 296

**Fintech System Interfaces**
- Designing data for Alcohol
- Many formats and specifications
- Creating proprietary "Fintech Standard" Interfaces

Trade Secrets

 **Fintech Invoice Interfaces**

 **Fintech Payment Reconcile Interfaces**

# Alcohol Distribution & Payment
## Fintech Process

**Banks**




### Fintech
### Payment processing
- Designing data for Alcohol
- Aggregating Transactions
- Preventing Block Transactions
- "Same as Cash" Payments

<u>Fintech Trade Secrets</u>
⭐ **Calculations for ACH Transactions**
⭐ **Methods to prevent blocked payments**

### Fintech
### System Interfaces
- Creating proprietary "Fintech Standard" Interfaces
- Many formats and specifications

<u>Fintech Trade Secrets</u>
⭐ **Fintech Invoice Interfaces**
⭐ **Fintech Payment Reconcile Interfaces**



*4. Analytics & Reports*
Fintech Inc.

### Fintech
### Invoice processing
- Designing data for Alcohol
- Developing Process rules
- Changing the process to eliminate Invoice kick-back

<u>Fintech Trade Secrets</u>
⭐ **Database Architecture**
⭐ **Invoice Exception Rules**
⭐ **Invoice "Fixer" (in-system editor)**



**Retail Stores**
(Publix, Winn Dixie Circle K, OutBack, ABC)

**Beer & Liquor Distributors**
(JJ Taylor, Southern Glazers, Pepin)

# iControl Interfaces

- **How did iControl gain knowledge of Fintech Interfaces?**
  - **Andrew Sanderson provides information on Fintech's FMS interface (invoice)**

  FMS = Popular Grocery accounting system

**Fintech's FMS interface(s)**

Fintech and FMS jointly designed 8 proprietary interfaces between the Fintech system and FMS specifically for Fintech clients.



**Service request is opened for FMS interface**

Client Priority:  1- Strategic / High Revenue Client

"Homeland Foods still not signed.  They have the requirement for FMS."

**From: iControl**
"Please find the "spec" … for invoice processing done by FMS"

**From Andrew [Sanderson]**
"This is for an interface with an accounting system for grocery stores (FMS). They have an interface with Fintech already, and they have sent us the specs below;"

Exh. 296

# iControl Interfaces

- **How did iControl gain knowledge of Fintech Interfaces?**
  - **iControl receives Fintech's 820 (payments) file format to resolve iControl issue**



**Reactivated (assigned to Yegor Malykh) by Tim Rathman**
Status changed from 'Resolved (Responded)' to 'Active'.
11/14/20...

**1). iControl 'reactivates' the previous problem report on 11/14/2014**

Edited by Tim Rathman

11/18/2014  3:58 PM

Mike Forem...
Fintech's 8...
of each fie...

I have atta...
don't know...

Also at the...

🖉 tmpCo...

**2). 4 days later (11/18/2014) iControl still working the problem**

"Mike Foreman at Houston did a little *comparison of our 820 vs. Fintech's 820*.  Fintech is using quotes at the beginning and the end of each field along with commas.

I have attached the file … don't know if this will help … "

Yegor, Houston Distributing is now receiving this message.

I received the following message importing the 820 file.

Logging into ftp://icontrolusa.com
Checking for new payments …
Downloading ...
bytes …
Downloading ...
download tir...
Downloading ...
bytes ...
Downloading ...
download tir...
Logging off f...
umber,Invoice...
ReferenceInvo...
60114,1334,13...
Distributing C...
ees,27156,33,...
'
String or binary data would be truncated.  Line=1 Source='.Net
SqlClient Data Provider'  Proc=''  Severity=16
The statement has been terminated.  Line=1 Source='.Net SqlClient
Data Provider'  Proc=''  Severity=0
Cancelled payment import.

**"Yegor, Houston Distributing is now receiving this message:**

**I received the following message importing the 820 file…**
**The statement has been terminated….**
**Cancelled payment import."**

**Resolved (Responded) and assigned to Tim Rathman by Tim Rathman**
Status changed from 'Active' to 'Resolved (Responded)'.
11/19/2014 5:10 PM

Mike has confirmed he is able to download the 820s.

**3). Next day  (11/19/2014)**

**Problem resolved**

Exh. 296

# iControl Interfaces

- **How did iControl gain knowledge of Fintech Interfaces?**
  - **iControl receives Fintech's interface designs to be replicated.**

**Fintech Std Retailer Invoice Summary**
Starbucks sends Fintech's standard payment interface file to iControl to be replicated.

**From:** Walter Pickel [mailto:wpickel@fintech.net]
**Sent:** Friday, October 02, 2015 8:43 AM
**To:** Jeff Ferrell; Scott Riley
**Cc:** Brooke Belcher; Paul Byrum; Neha Soi
**Subject:** RE: EFT Summary For STARBUCKS

Jeff,

Scott Riley asked that I follow up
mistakenly sent to Fintech.

With respect to destroying the e
priorities at Fintech and we take

Regarding the file formats. Ther
mistakenly sent to Fintech conta
(no change whatsoever). The Fir
Fintech since 2002; obviously a c

You currently receive 2 end of da

- StarbucksCustomOut – D
- StandardRetailerCSVEFT

Our concern is with the second in the list; a copy of this file is what you sent iControl and asked that they duplicate the format. Fintech's proprietary file "StandardRetailerCSVEFTInvoiceSummary" was first put into production on September 9, 2002 at 1:46 PM and is used by hundreds of retailers on Fintech; the iControl spreadsheet, you mistakenly sent, duplicates the column names and column order. In comparison, "StarbucksCustomOut" was developed with you and is used by Starbucks ONLY.

Please let me know if I can answer and questions regarding this.

Walter

**From:  Walter Pickel   To: Starbucks    10/2/2015**
"Our concern is … a copy of this file is what you sent iControl and asked that they duplicate the format. "

"Fintech's proprietary file … was first put into production on September 9, 2002 at 1:46 PM and is used by hundreds of retailers on Fintech."

Exh. 94

| VendorName | RetailerName | RetailerVendorId | VendorStoreNumber | RetailerStoreNumber | ProcessDateEFT | InvoiceDate | InvoiceDueDate | InvoiceNumber | InvoiceAmount |
|---|---|---|---|---|---|---|---|---|---|

| RetailerStoreNumber | ProcessDateEFT | InvoiceDate | InvoiceDueDate | InvoiceNumber | InvoiceAmount | InvoiceItemCount | PONumber | PODate | ReferenceInvoiceNumber | NachaId |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 86 | 1123.44 | 13 | 86 | 4/25/2007 | null | 3367999 |
| 3 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 271394 | 1049.65 | 1 null | null | null | null | 3367999 |
| 4 | 10/10/2016 | 10/9/2016 | 10/10/2016 | 278685 | 1157.59 | 2 null | null | null | null | 3367999 |

Alcohol Distribution & Payment
iControl Interfaces
Banks
Fintech
Payment processing
Designing data for Alcohol
Aggregating Transactions
Preventing Block Transactions
"Same as Cash" Payments
Fintech Trade Secrets
Calculations for ACH Transactions
Methods to prevent blocked payments
iControl
System Interfaces
Creating proprietary "Fintech Standard" Interfaces
Many formats and specifications
Invoice Interfaces
Payment Reconcile Interfaces
iControl
Invoice processing
Designing data for Alcohol
Developing Process rules
Changing the process to eliminate Invoice kick-back
Fintech Trade Secrets
Database Architecture
Invoice Exception Rules
Invoice "Fixer" (in-system editor)
4. Analytics & Reports
iControl
Retail Stores
(Publix, Winn Dixie Circle K, OutBack, ABC Liquor)
Beer & Liquor Distributors
(JJ Taylor, Southern Glazers, Pepin)

# Fintech Industry Intelligence

- **Fintech Solution**

- **Industry Problems / Issues**

  - Need more business 'intelligence':
    - **Product trends, comparisons, data analysis**
    - **Data and info not available**

  - Clients need direct access to Info & Reports
    - **How do Distributors and Retailer get it**

- Perform Analysis on all data collected
  - **"Normalize" data & provide Analytics**
  - **E.g. "Case equivalents", "Lowest Level Quantities"**

- Develop reports on all information useful to Distributors or Retailer
  - **Fintech created standard and custom reports**

- Allow users to directly access the Fintech system and retrieve what they need
  - **Provide a "User Portal"**
  - **Create User Access Model**
  - **Provide easy navigation**

# Alcohol Distribution & Payment
## Fintech Process

**Banks**

**Fintech
Payment processing**
- Designing data for Alcohol
- Aggregating Transactions
- Preventing Block Transactions
- "Same as Cash" Payments

Fintech Trade Secrets
⭐ **Calculations for
ACH Transactions**
⭐ **Methods to prevent
blocked payments**

**Fintech
System Interfaces**
- Creating proprietary
  "Fintech Standard" Interfaces
- Many formats and
  specifications

Fintech Trade Secrets
⭐ **Fintech Invoice Interfaces**
⭐ **Fintech Payment
Reconcile Interfaces**

**Fintech
Invoice processing**
- Designing data for Alcohol
- Developing Process rules
- Changing the process to
  eliminate Invoice kick-back

Fintech Trade Secrets
⭐ **Database Architecture**
⭐ **Invoice Exception Rules**
⭐ **Invoice "Fixer"
(online editor)**

*4. Analytics
& Reports*

Fintech Inc.

**Fintech
Industry Intelligence**
- Normalizing and Analyzing
  Industry data
- Creating direct access to
  Industry Intelligence

**Retail Stores**
(Publix, Winn Dixie
Circle K, OutBack, ABC)

**Beer & Liquor
Distributors**
(JJ Taylor, Southern
Glazers, Pepin)

Trade Secrets
⭐ **Industry specific
Analytics and Reports**
⭐ **"User portal" design
and Access Model**

# Fintech's 'Analytics' Examples

## Broken Case Report

For Retailers:

**Shows partial case savings:**

- For each store
- Each invoice
- Total fees to be saved

**Broken Case Report**

Fees:
 $1,159.10

| Name (Store Number) | Product Name | Invoice # | Total Spend | Item Qnty. | Unit Cost | Surcharge* |
|---|---|---|---|---|---|---|
| RV's Bar & Grill 0002 | Absolut Vodka 1ltr(12) per Case | 4575-1840 | $177.42 | 6 | $29.57 | $11.40 |
| | | U-8916021 | $177.42 | 6 | $29.57 | $11.40 |
| | | U-9156421 | $118.28 | 4 | $29.57 | $7.60 |
| | | **Prod Subtotal** | **$473.12** | **16** | | **$30.40** |
| | Jack Daniels Black 1ltr(12) per Case | 4575-1718 | $195.48 | 6 | $32.58 | $11.40 |
| | | U-8916021 | $195.48 | 6 | $32.58 | $11.40 |
| | | **Prod Subtotal** | **$390.96** | **12** | | **$22.80** |
| | **City Total** | | **$864.08** | **28** | | **$53.20** |
| Store Subtotal | | | **$864.08** | **28** | | **$53.20** |
| Hardwick's Hangout 0002 | Bombay Sapphire 1ltr(12) per Case | U-8957125 | $100.05 | 3 | $33.35 | $5.70 |
| | | U-9131895 | $100.05 | 3 | $33.35 | $5.70 |
| | | U-9164880 | $66.70 | 2 | $33.35 | $3.80 |
| | | U-9305163 | $66.70 | 2 | $33.35 | $3.80 |
| | | U-9369031 | $100.05 | 3 | $33.35 | $5.70 |
| | | **Prod Subtotal** | **$433.55** | **13** | | **$24.70** |
| | Jack Daniels Black 1ltr(12) per Case | U-8869237 | $97.74 | 3 | $32.58 | $5.70 |
| | | U-8890523 | $97.74 | 3 | $32.58 | $5.70 |
| | | U-8993335 | $130.32 | 4 | $32.58 | $7.60 |
| | | U-9072398 | $97.74 | 3 | $32.58 | $5.70 |
| | | U-9199823 | $130.32 | 4 | $32.58 | $7.60 |

Exh. 96 pg. 129

# iControl Payment Processing

- **What knowledge did iControl gain about Fintech Analytics?**
  - **Mark Lopez's focus at Fintech included Analytics and Business intelligence**

**Mark Lopez's Fintech Coaching Worksheet (2010)**

*Objective for Next Period:*
Focus on data and analytics



**Mark Lopez's Fintech Performance Review (2010)**

*Developmental Objective:*
Train on data warehousing and Business Intelligence algorithms and processes

# iControl's 'Analytics' Examples

## Broken Case Report

For Retailers:

**Shows partial case savings:**

- For each store
- Each invoice
- Total fees to be saved

### Partial Case Purchase Reporting

Broken Case Report

| Store | City | Product | Invoice # | Unit Cost | Qty | Extended Cost | Broken Case fee |
|-------|------|---------|-----------|-----------|-----|---------------|-----------------|
| 123 1st floor | Rockville | Wine 750 (12) per case | 990 | $32.00 | 2 | $64.00 | $4.00 |
| | | | 2220 | $12.00 | 3 | $36.00 | $6.00 |
| | | | 3344 | $82.00 | 2 | $64.00 | $4.00 |
| 1234 West | Burtonsville | Absolute 1bt (12) per case | 332 | $25.50 | 2 | $51.00 | $2.00 |
| | | | 463 | $25.50 | 3 | $73.50 | $6.00 |
| | | | 543 | $25.50 | 2 | $51.00 | $2.00 |
| Total | | | | | | | |

Store
123 1st fl
1234 West

### Next Gen Reconciliation: Cost Analytics ™

- Normalizes unit quantities (i.e., case quantities vs. selling units)
- Partial Case Reporting
- Prevents pricing errors from lingering

 iControl

Proprietary & Confidential   23

# Fintech's 'Analytics' Examples

## Price Discrepancy Report

Shows the cost variance:

- of each product
- at each store for
- for each distributor

Price Discrepancy Report

Variance: $3,163.83

Report for 01-Dec-2015 through 31-Dec-2015

| Distributor | Product Name | Unit Size | UOM | Process Date | Location | Unit Cost | Unit Qty | Type | Invoice # | Total Spend | Extended Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Distributors of Florida | Glenfiddich Scotch 12yr 1/12 1 ltr Bottle 86PF | 1ltr | | 12/23/2015 | RV's Bar & Grill 0004 | $49.40 | 1 | Spirits | 0320899126 | $49.40 | $1.00 |
| | | | | 12/29/2015 | RV's Bar & Grill 0001 | $48.40 | 2 | Spirits | 0320928104 | $96.80 | $0.00 |
| | | | | 12/15/2015 | RV's Bar & Grill 0002 | $48.40 | 1 | Spirits | 0320804511 | $48.40 | $0.00 |
| | Stolichnaya Vodka 1/12 1 ltr Bottle 80PF | 1ltr | | 12/31/2015 | Pickel's Palace | $19.50 | 36 | Spirits | 0320965166 | $702.00 | $0.00 |
| | | | | 12/9/2015 | Pickel's Palace | $22.00 | 12 | Spirits | 0320658581 | $264.00 | $30.00 |
| | Whitehaven Sauvignon Blanc 1/12 750 ml Bottle | 750ml | | 12/16/2015 | RV's Bar & Grill 0001 | $5.00 | 24 | Wine | 0320819660 | $120.00 | $2.88 |
| | | | | 12/31/2015 | RV's Bar & Grill 0004 | $5.00 | 24 | Wine | 0320965748 | $120.00 | $2.88 |
| | | | | 12/23/2015 | RV's Bar & Grill 0002 | $5.00 | 24 | Wine | 0320892856 | $120.00 | $0.00 |

Exh. 96 pg. 128

# iControl's 'Analytics' Examples

## Price Discrepancy Report

For Retailers:
**Shows the cost variance**:
- of each product
- at each store for
- for each distributor

### Price Discrepancy Report

| Product | Stores | Atlas Sal. | Bud Dist. | Fabiano | Griffin B. | H Cox z. | Huron Di. | Huron Di. | Ludingt. | West Sid. |
|---|---|---|---|---|---|---|---|---|---|---|
| Bud Light Lime 12/12oz Btl | 550 | | | | | | | | | $13.60 |
| | 952 | | | | | | | | | $13.60 |
| | 953 | $13.95 | | | | | | | | |
| | 954 | | | | | | | | | $13.60 |
| | 955 | | | | $13.60 | | | | | |
| | 960 | | | $13.60 | | | | | | |
| | 999 | | | $13.60 | | | | | | |
| | 1001 | | | $13.60 | | | | | | |
| | 1002 | | | $13.60 | | | | | | |
| | 1004 | | | $13.60 | | | | | | |
| | 1010 | | | | | | | | | |
| | 1011 | | | | | | | | | $13.60 |
| | 1015 | $13.95 | | | | | | | | $13.60 |
| | 1017 | | $13.60 | | | | | | | |
| | | | | | | | | | | $13.60 |
| | | | | | | | | | | $13.60 |

### Next Gen Reconciliation: Cost Analytics ™

- Provides a snapshot of Cost Variances
  - Same product, different distributors
  - Over time

 iControl

# Fintech's FTX "User Portal"

## User portal design & User Interface

- User Menus
- Functions
- Navigation

(how Fintech's clients get to all their data, reports, Invoice "fixer", etc.)



Exh. 305

Exh. 96 pg. 124

- **What knowledge did iControl gain about Fintech FTX "User Portal"?**
  - **Mark Lopez developed Fintech's FTX User Portal functions**



**Mark Lopez's Fintech Performance review (2001)**

**Objective:**
Become a key player on the FTX front-end development team

Performance Review
*(Exempt)*

INFORMATION

Engineer | Department: Development
THIS APPRAISAL
0 to 03/01/2001
REVIEW DATE
03/15/2001

Objective #2:
Become a key player on the FTX front-end development team.

Measurement of objective achievement:
This MBO will be measured by the completeness and quality of interfaces built for FTX. The user interfaces as well as component interfaces.

Timeframe:
This task will be evaluated periodically throughout the year. There is no completion date as on going.

, FTX produces client reports?

ny different reports does FTX
s and distributors, roughly?
Object to form.

**Mark Lopez Deposition:**
Q: And how many different reports does FTX produce for retailers and distributors, roughly?
...
*Witness: I don't know. Five.*
...
Q: And you were involved with the design or development of these reports, correct?
**A: Yes, I was involved with the developing.**

6    gave you thre
7         Q    Oka
8    or developmen
9         A    Yes

# iControl's "User Portal"

- **What knowledge did iControl use about Fintech FTX "User Portal"?**
  - **Comparing Fintech's Menu's and functions**

## iControl Prepares document comparing
- Fintech's User menus
  - to
- iControl's User menus



Exh. 305

# Fintech's FTX "User Portal"

## User Access Model
- Client's administrator controls their own users
- Clients control which of their users can access which of their information



Exh. 304

## Fintech Administration Screens
- Add and delete users
- Restrict access to certain reports
- Restrict access to certain stores

# iControl's "User Portal"

- **What knowledge did iControl use about Fintech FTX "User Portal"?**
  - **User Access Model / Administration**

## iControl Design Document
## From: Sanderson, Lopez

- This working document is intended for internal audiences of iControl.
- This document is developed to provide a reference design of Fintech's user administration
- Fintech has been a leading provider of regulating invoice processing for retailers and distributors
- This document will illustrate Fintech's processing capabilities



Exh. 304

### Fintech Administration Screens
- Add and delete users
- Restrict access to certain reports
- Restrict access to certain stores

**Alcohol Distribution & Payment**
**iControl Industry Intelligence**

**Banks**

**Fintech**
**Payment processing**
- Designing data for Alcohol
- Aggregating Transactions
- Preventing Block Transactions
- "Same as Cash" Payments

**Fintech Trade Secrets**
⭐ **Calculations for ACH Transactions**
⭐ **Methods to prevent blocked payments**

**iControl**
**System Interfaces**
- Creating proprietary "Fintech Standard" Interfaces
- Many formats and specifications

**Fintech Trade Secrets**
⭐ **iControl Invoice Interfaces**
⭐ **iControl Payment Reconcile Interfaces**

**iControl**
**Invoice processing**
- Designing data for Alcohol
- Developing Process rules
- Changing the process to eliminate Invoice kick-back

**Fintech Trade Secrets**
⭐ **Database Architecture**
⭐ **Invoice Exception Rules**
⭐ **Invoice "Fixer" (in-system editor)**

*4. Analytics & Reports*

**iControl**

**Retail Stores**
(Publix, Winn Dixie
Circle K, OutBack,
ABC Liquor)

**iControl**
**Industry Intelligence**
- Normalizing and Analyzing Industry data
- Creating direct access to Industry Intelligence

**Beer & Liquor**
**Distributors**
(JJ Taylor, Southern
Glazers, Pepin)

**Fintech**
**Trade Secrets**
⭐ **Industry specific Analytics and Reports**
⭐ **"User portal" design and Access Model**