UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.                                          CASE NO. 8:17-cv-190-T-23SPF

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

## **ORDER**

An August 10, 2020 order (1) denies without prejudice the plaintiff's motion for a permanent injunction and (2) permits the plaintiff to submit no later than August 17, 2020, a renewed motion for a permanent injunction. Three days after the deadline, the plaintiff moved (Doc. 280) to extend the time within which to move for a renewed permanent injunction. The next day, the plaintiff submitted without leave a "notice of filing renewed motion for permanent injunction" (Doc. 282) accompanied by a renewed motion for a permanent injunction. (Doc. 282-1)

The notice (Doc. 282) is **STRICKEN**. The plaintiff's motion to extend the time within which to submit a renewed motion for a permanent injunction is **GRANTED**. No later than **AUGUST 26, 2020**, the plaintiff may move for a permanent injunction. Under Rule 6(b)(1)(B), the motion must demonstrate

"excusable neglect" for the failure to timely move.  An affidavit or other verifiable paper must support each factual assertion.

ORDERED in Tampa, Florida, on August 25, 2020.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE