**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FINANCIAL INFORMATION**
**TECHNOLOGIES, LLC,**

    **Plaintiff,**

v.                             **CASE NO. 8:17-cv-00190-SDM-SPF**

**ICONTROL SYSTEMS, USA, LLC,**

    **Defendant.**
_____/

## DECLARATION OF RODOLFO LEAL

1. My name is Rodolfo Leal. I am over eighteen (18) years of age. I am a resident of Florida. I am competent to give this affidavit. The facts set forth below are based upon my personal knowledge, as well as my review of documents maintained by Greenberg Traurig, P.A. in the ordinary course of business.

2. I am the Business Director of Greenberg Traurig, P.A.'s Tampa Office. I have held this position since April 1, 2019. As Business Director, my job duties include: overseeing facilities functions, supervising the administrative staff, monitoring financial performance, and improving operational processes.

3. In 2020, the Tampa office transitioned the calendaring function from our legal secretaries to a centralized docketing team via the use of a software program named ProLaw. The intent of this transition was to improve the calendaring process and workflow, improve calendaring accuracy, and reduce turnaround time for calendaring items.

4. Beginning in May 2020, attorneys Catherine H. Molloy and Richard C. McCrea, Jr. transitioned to ProLaw.

5.      On August 10, 2020, our ProLaw docketing team received the EM/ECF Order containing the August 17, 2020 deadline to move for a permanent injunction. The docket clerk initiated communication with the legal secretary assigned to Mr. McCrea to obtain information on the matter before calendaring, as this was the first calendaring request for this matter since the system was implemented in May. On August 12, 2020 the legal secretary replied with the necessary information, but the reply email was mistakenly sent to the docketing clerk's personal inbox instead of the docketing inbox, and the docketing clerk failed to see the response; as such, the email went unnoticed beyond the deadline date, and the item was not calendared. Following this breakdown in the workflow process, we have corrected the workflow by adding both policy and programming so that replies are sent to the proper email address and the personal inboxes of the docketing clerks are monitored for similar emails.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on Auguat 26, 2020.

_____
Rodolfo Leal