UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, INC.,

    Plaintiff,                                         Case No.: 8:17-cv-00190-T-23MAP

vs.

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

**NOTICE OF FILING VERIFIED STATEMENT**

Defendant, ICONTROL SYSTEMS, USA, LLC ("iControl"), by and through its undersigned counsel, hereby files the attached Verified Statement of Tal J. Zlotnitsky, pursuant to this Court's Order dated September 19, 2020 (Doc. No. 291).

                                                /s/ Jonathan B. Sbar
                                                Robert L. Rocke, Esq. (FBN 710342)
                                                Email: rrocke@rmslegal.com
                                                Jonathan B. Sbar, Esq. (FBN 131016)
                                                Email: jsbar@rmslegal.com
                                                ROCKE, McLEAN & SBAR, P.A.
                                                2309 S. MacDill Avenue
                                                Tampa, Florida 33629
                                                Phone: 813-769-5600
                                                Fax:    813-769-5601
                                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via Electronic Mail using the Court's ePortal system, on the 23rd day of October, 2020, to the following:

Richard C. McCrea, Jr., Esq. (FBN 351539)
Catherine H. Molloy, Esq.  (FBN 33500)
Greenberg Traurig, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL  33602
Phone:  813-318-5700
Fax:     813-318-5900
Email:  mccrear@gtlaw.com
Email:  molloyk@gtlaw.com
Attorneys for Plaintiff

                                                   /s/ Jonathan B. Sbar
                                                  Attorney