UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, LLC,

    Plaintiff,

vs.

                              Case No.: 8:17-cv-00190-T-23MAP

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

## VERIFIED STATEMENT OF TAL J. ZLOTNITSKY

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I am the president and chief executive officer of iControl Systems, USA, LLC. I have personal knowledge as to all matters set forth herein.

2. This Verified Statement is prepared pursuant to the Court's September 15, 2020, Order (Doc. 291) requiring iControl to file a verified statement of its ability to satisfy the judgement. In its Order, the Court set the bond or equivalent security amount at $6,270,000.

3. Subsequent to entry of the Court's order, iControl has engaged in significant negotiations with an existing investor to finance an irrevocable letter of credit in the amount of $6,270,000 (the "Letter of Credit"). iControl and its investor have largely reached an understanding on the material terms and are in the advanced stage of documentation of the financing arrangement. Furthermore, iControl has successfully negotiated with its banker, Fifth Third Bank, on the commercial terms for the Letter of Credit itself, and Fifth Third has issued a commitment letter.

4. However, as iControl indicated in its motion to this Court seeking a stay of execution, iControl's investor is unwilling to provide financing for the Letter of Credit so long as

Fintech's request for an overly broad injunction that could effectively prevent iControl from operating its regulated commerce business remains pending. If the injunction requested by Fintech is not granted and iControl can continue operating its regulated commerce business, iControl anticipates that the Letter of Credit can be issued within 5 business days of the Court's decision on the injunction.

5. iControl provided extensive financial information in response to Fintech's post judgment discovery, including its bank account information, financial statements, its debt schedule, its depreciation and amortization schedule, aged payable documents, documents relating to iControl's patent, its asset detail statements, its general ledger from 2015 to the present, and insurance policy declaration pages.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2020.

_____
Tal J. Zlotnitsky