UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FINANCIAL INFORMATION**
**TECHNOLOGIES, LLC,**

    **Plaintiff,**

v.                                                   CASE NO. 8:17-cv-00190-SDM-SPF

**ICONTROL SYSTEMS, USA, LLC,**

    **Defendant.**

_____/

## STATUS REPORT

Plaintiff Financial Information Technologies, LLC ("Plaintiff" or "Fintech"), by and through undersigned counsel, hereby submits its status report on discovery in aid of execution as directed by the Court's September 15, 2020 Order as follows:

1. On October 5, 2020, iControl served its Answer and Objections to Fintech's Interrogatories in Aid of Execution.

2. While iControl responded to some requests without objection, iControl has maintained objections to several requests, including objecting to providing any information regarding its income, property valued over $1,000, indebtedness, third party transfers, assets, and transactions. Fintech is in the process of preparing a conciliation letter to determine if the parties can resolve the objections.

                                             Respectfully submitted,

                                             /s/Catherine H. Molloy
                                             Richard C. McCrea, Jr.
                                             Florida Bar No. 351539

Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2020, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert L. Rocke, Esq.
rrocke@rmslegal.com
Jonathan B. Sbar, Esq.
jsbar@rmslegal.com
Andrea K. Holder, Esq.
aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, lorida 33629

Jeffrey S. Bucholtz (*Pro Hac Vice*)
Paul Alessio Mezzina (*Pro Hac Vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006

/s/ Catherine H. Molloy
Attorney