UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.                                                    CASE NO. 8:17-cv-190-T-23SPF

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

### ORDER

iControl moves (Doc. 295) to extend the stay of execution (Doc. 291). To permit additional time to resolve Fintech's renewed motion for a permanent injunction, iControl's motion (Doc. 295) is **GRANTED-IN-PART**. Execution and levy are **STAYED** through **NOVEMBER 6, 2020**.

ORDERED in Tampa, Florida, on October 28, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE