IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

------------------------

No. 20-13368-HH

------------------------

FINANCIAL INFORMATION TECHNOLOGIES, LLC,

                    Plaintiff - Appellee,

versus

ICONTROL SYSTEMS, USA, LLC,

                    Defendant - Appellant.

------------------------

Appeal from the United States District Court
for the Middle District of Florida

------------------------

ORDER:

Appellant's motion to stay the briefing schedule pending the resolution of the jurisdictional question is GRANTED.

                    /s/ Andrew L. Brasher
                    UNITED STATES CIRCUIT JUDGE