UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, LLC,

                Plaintiff,

v.

ICONTROL SYSTEMS, USA, LLC,

                Defendant.
_____/

Case No.: 8:17-cv-00190-SDM-SPF

### iCONTROL'S AMENDED NOTICE OF APPEAL

Defendant iControl Systems, USA, LLC ("iControl") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on March 5, 2020 (Doc. 251), and from all interlocutory or other orders and rulings subsidiary or relating thereto, including without limitation the order entered on August 10, 2020 (Doc. 279).

iControl previously noticed an appeal in this case on September 4, 2020 (Doc. 287). The Eleventh Circuit docketed that appeal as No. 20-13368. The Eleventh Circuit, however, raised a jurisdictional question concerning whether the District Court had entered a "final decision" under 28 U.S.C. § 1291 given that Fintech's motion for a permanent injunction remained pending. On October 30, 2020, the District Court entered an order denying Fintech's motion in its entirety (Doc. 298). Consequently, the judgment in this case is now final and appealable.

Respectfully submitted,

/s/ Jeffrey S. Bucholtz

| | |
|---|---|
| Jonathan B. Sbar, Esq. (FBN 131016) | Jeffrey S. Bucholtz (*Pro Hac Vice*) |
| Email:  jsbar@rmslegal.com | Email: jbucholtz@kslaw.com |
| Robert L. Rocke, Esq. (FBN 710342) | Paul Alessio Mezzina (*Pro Hac Vice*) |
| Email:  rrocke@rmslegal.com | Email: pmezzina@kslaw.com |
| Andrea K. Holder, Esq. (FBN 104756) | KING & SPALDING LLP |
| Email:  aholder@rmslegal.com | 1700 Pennsylvania Ave. NW, Suite 200 |
| ROCKE, McLEAN & SBAR, P.A. | Washington, D.C.  20006 |
| 2309 S. MacDill Avenue | Phone: 202-626-2907 |
| Tampa, FL  33629 | |
| Phone: 813-769-5600 | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 2, 2020, I electronically filed the foregoing via the Court's CM/ECF filing system, which will send a notice of filing to all counsel of record.

/s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz (*Pro Hac Vice*)