UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, LLC,

    Plaintiff,

v.                                                  CASE NO. 8:17-cv-190-T-23SPF

ICONTROL SYSTEMS, USA, LLC,

    Defendant.
_____/

## **ORDER**

A September 15, 2020 order allows iControl to secure a stay under Rule 62, Federal Rules of Civil Procedure, "by depositing with the clerk a $6,270,000 bond or equivalent security." (Doc. 291) In lieu of a bond, iControl moves (Doc. 300) for approval of an irrevocable letter of credit (Doc. 300-1) for $6,270,000. Also, iControl asserts that Fintech opposes iControl's motion because a letter of credit "would not protect Fintech to the same extent as a bond if iControl filed for bankruptcy." (Doc. 300 at 2)

Although iControl's letter of credit appears facially adequate to protect Fintech's judgment, Fintech may submit a response in opposition no later than **NOVEMBER 11, 2020**. *Poplar Grove Planting & Ref. Co. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189, 1191 (5th Cir. 1979) (holding that a judgment debtor may deposit a security that "furnish[es] equal protection to the judgment creditor").

- 2 -

To permit time to resolve iControl's motion to approve the letter of credit, execution and levy are **STAYED** through **NOVEMBER 13, 2020**.

ORDERED in Tampa, Florida, on November 6, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE