**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FINANCIAL INFORMATION
TECHNOLOGIES, LLC,**

     **Plaintiff,**

**v.**                      **CASE NO. 8:17-cv-00190-T-23MAP**

**ICONTROL SYSTEMS, USA, LLC,**

     **Defendant.**

_____/

## NOTICE OF APPEAL

     Notice is hereby given that Plaintiff Financial Information Technologies, LLC ("Fintech") hereby appeals to the United States Court of Appeals for the Eleventh Circuit this Court's Order denying Fintech's Renewed Motion for Permanent Injunction entered in this action on October 30, 2020 [Doc. 298].

Dated: November 16, 2020.

                              Respectfully submitted,

                              /s/ Catherine H. Molloy
                              Richard C. McCrea, Jr.
                              Florida Bar No. 351539
                              Email:  mccrear@gtlaw.com
                              Catherine H. Molloy
                              Florida Bar No. 33500
                              Email: molloyk@gtlaw.com
                              **GREENBERG TRAURIG, P.A.**
                              101 E. Kennedy Boulevard
                              Suite 1900
                              Tampa, Florida  33602
                              Telephone: (813) 318-5700
                              Facsimile:  (813) 318-5900
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2020, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert L. Rocke, Esq.
rrocke@rmslegal.com
Jonathan B. Sbar, Esq.
jsbar@rmslegal.com
Andrea K. Holder, Esq.
aholder@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, Florida 33629

Jeffrey S. Bucholtz (*Pro Hac Vice*)
Paul Alessio Mezzina (*Pro Hac Vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006

/s/ Catherine H. Molloy
Attorney